IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA FOLEY, | : | 3:16cv2018 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| ALLIED SERVICES FOUNDATION | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 27th day of November 2017, plaintiff's motion to dismiss for lack of prosecution (Doc. 29) is hereby **GRANTED** with prejudice and without costs.

The Clerk of Court is directed to close this case.

**BY THE COURT:**


**James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**